

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2019

No. 04-19-00098-CR

Raymond **MANN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CR-5447
Honorable Frank J. Castro, Judge Presiding

# O R D E R

After we granted Appellant's first and second motions for extension of time to file the brief, Appellant's brief was due on August 5, 2019. *See* TEX. R. APP. P. 38.6(a). On the extended due date, Appellant filed an unopposed third motion for a two-day extension of time to file the brief. The next day, Appellant filed the brief.

Appellant's motion is GRANTED. Appellant's brief is deemed timely filed.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2019.

KEITH E. HOTTLE,
Clerk of Court